— EXHIBIT  B —



**SRP**
FEDERAL CREDIT UNION

25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Lataveia Allen

[REDACTED]

December 12, 2024

RE: NOTICE OF DATA BREACH

Dear Lataveia Allen:

SRP Federal Credit Union values and respects the privacy of your personal information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are providing you this notice to provide you with information on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently detected suspicious activity in our computer network. Upon discovering the incident, we immediately implemented our incident response protocols, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The forensic investigation determined that an unknown, unauthorized third party accessed our computer systems at times from September 5, 2024, and November 4, 2024, and potentially acquired certain files from our network during that time. This incident did *not* impact our online banking system or core processing system.

**What Information Was Involved?** We reviewed the contents of files potentially acquired by the third party to determine if they contained any personal information. On November 22, 2024, it was determined that the involved files contained personal information that included your name, date of birth, Social Security number, and financial account number.

**What We Are Doing.** In addition to the actions described above, we have taken steps to reduce the risk of this type of incident occurring in the future, including enhancing our technical security measures. Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership of Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against identity theft or fraud in the enclosed *Additional Important Information* sheet.



Galaxy S21+ 5G





**SRP**
FEDERAL CREDIT UNION

25 Route 111, P.O. Box 1048
Smithtown, NY 11787



872 - 263 - 1100
Strauss Borrelli
David

Norman Black

December 12, 2024

**RE: NOTICE OF DATA BREACH**

Dear Norman Black:

SRP Federal Credit Union values and respects the privacy of your personal information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are providing you this notice to provide you with information on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently detected suspicious activity in our computer network. Upon discovering the incident, we immediately implemented our incident response protocols, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The forensic investigation determined that an unknown, unauthorized third party accessed our computer systems at times from September 5, 2024, and November 4, 2024, and potentially acquired certain files from our network during that time. This incident did *not* impact our online banking system or core processing system.

**What Information Was Involved?** We reviewed the contents of files potentially acquired by the third party to determine if they contained any personal information. On November 22, 2024, it was determined that the involved files contained personal information that included your name, date of birth, Social Security number, and financial account number.

**What We Are Doing.** In addition to the actions described above, we have taken steps to reduce the risk of this type of incident occurring in the future, including enhancing our technical security measures. Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership of Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against identity theft or fraud in the enclosed *Additional Important Information* sheet.



**SRP**
FEDERAL CREDIT UNION
25 Route 111, P.O. Box 1048
Smithtown, NY 11787



Ricky Chase

December 12, 2024

RE: NOTICE OF DATA BREACH

*Dear* Ricky Chase:

SRP Federal Credit Union values and respects the privacy of your personal information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are providing you this notice to provide you with information on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently detected suspicious activity in our computer network. Upon discovering the incident, we immediately implemented our incident response protocols, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The forensic investigation determined that an unknown, unauthorized third party accessed our computer systems at times from September 5, 2024, and November 4, 2024, and potentially acquired certain files from our network during that time. This incident did *not* impact our online banking system or core processing system.

**What Information Was Involved?** We reviewed the contents of files potentially acquired by the third party to determine if they contained any personal information. On November 22, 2024, it was determined that the involved files contained personal information that included your name, date of birth, Social Security number, and financial account number.

**What We Are Doing.** In addition to the actions described above, we have taken steps to reduce the risk of this type of incident occurring in the future, including enhancing our technical security measures. Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership of Experian IdentityWorksSM Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against identity theft or fraud in the enclosed *Additional Important Information* sheet.





25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Shanon Dunn



December 12, 2024

**RE: NOTICE OF DATA BREACH**

Dear Shanon Dunn:

SRP Federal Credit Union values and respects the privacy of your personal information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are providing you this notice to provide you with information on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently detected suspicious activity in our computer network. Upon discovering the incident, we immediately implemented our incident response protocols, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The forensic investigation determined that an unknown, unauthorized third party accessed our computer systems at times from September 5, 2024, and November 4, 2024, and potentially acquired certain files from our network during that time. This incident did *not* impact our online banking system or core processing system.

**What Information Was Involved?** We reviewed the contents of files potentially acquired by the third party to determine if they contained any personal information. On November 22, 2024, it was determined that the involved files contained personal information that included your name, date of birth, Social Security number, and financial account number.

**What We Are Doing.** In addition to the actions described above, we have taken steps to reduce the risk of this type of incident occurring in the future, including enhancing our technical security measures. Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership of Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against identity theft or fraud in the enclosed *Additional Important Information* sheet.



**For More Information.** We value the trust you place in us to protect your privacy, take our responsibility to safeguard your personal information seriously, and apologize for any inconvenience this incident might cause. For further information and assistance, please call 888-458-5714 from 9 a.m. –9 p.m. ET, Monday through Friday (excluding holidays).

Sincerely,

Eric Jenkins, CEO

## ACTIVATING YOUR COMPLIMENTARY CREDIT MONITORING

To help protect your identity, we are offering a **complimentary** one-year membership of Experian IdentityWorks[SM] Credit 3B. This product helps detect possible misuse of your personal information and provides you with superior identity protection support focused on immediate identification and resolution of identity theft.

### Activate IdentityWorks Credit 3B Now in Three Easy Steps

1. ENROLL by: **March 31, 2025** (Your code will not work after this date.)
2. VISIT the Experian IdentityWorks website to enroll: **https://www.experianidworks.com/3bcredit**
3. PROVIDE the **Activation Code: J5YVK4HM49**

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 855-922-2743.   Be prepared to provide engagement number B136J80 as proof of eligibility for the identity restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR 12-MONTH EXPERIAN IDENTITYWORKS CREDIT 3B MEMBERSHIP:

A credit card is **not** required for enrollment in Experian IdentityWorks Credit 3B.

You can contact Experian **immediately** regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file.  Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian, Equifax and Transunion files for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE**[TM]: You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **Up to $1 Million Identity Theft Insurance**\*\*: Provides coverage for certain costs and unauthorized electronic fund transfers.

Activate your membership today at **https://www.experianidworks.com/3bcredit** or call 855-922-2743 to register with the activation code above.

**What you can do to protect your information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s). Please refer to www.ExperianIDWorks.com/restoration for this information. If you have any questions about IdentityWorks, need help understanding something on your credit report or suspect that an item on your credit report may be fraudulent, please contact Experian's customer care team at 855-922-2743.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

\*\* The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

## Additional Important Information

As a precautionary measure, we recommend that you remain vigilant to protect against potential fraud and/or identity theft by, among other things, reviewing your account statements and monitoring credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You should also promptly report any fraudulent activity or any suspected incidents of identity theft to proper law enforcement authorities, including the police and your state's attorney general, as well as the Federal Trade Commission ("FTC").

You may wish to review the tips provided by the FTC on fraud alerts, security/credit freezes and steps you can take to avoid identity theft. For more information and to contact the FTC, please visit www.ftc.gov/idtheft or call 1-877-ID-THEFT (1-877-438-4338). You may also contact the FTC at Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

**Credit Reports:** By law, you may obtain a free copy of your credit report once every 12 months from each of the three national credit reporting agencies. The three national credit reporting agencies have also agreed to provide free weekly online credit reports. You can obtain your free credit report by visiting www.annualcreditreport.com, by calling toll-free 1-877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You can print a copy of the request form at https://www.annualcreditreport.com/manualRequestForm action. Alternatively, you may elect to purchase a copy of your credit report by contacting the three national credit reporting agencies. Contact information for the three national credit reporting agencies for the purpose of requesting a copy of your credit report or for general inquiries is as follows:

| Equifax | Experian | TransUnion |
|---|---|---|
| 1-866-349-5191 | 1-888-397-3742 | 1-800-888-4213 |
| www.equifax.com | www.experian.com | www.transunion.com |
| P.O. Box 740241 | P.O. Box 2002 | P.O. Box 1000 |
| Atlanta, GA 30374 | Allen, TX 75013 | Chester, PA 19016 |

**Fraud Alerts:** By law, you have the right to place a fraud alert on your credit report if you believe you have been, or are about to become, a victim of fraud or related crime. A fraud alert is free and will stay on your credit report for one (1) year. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any new accounts in your name. To place a fraud alert on your credit report, contact any of the three national credit reporting agencies using the contact information listed above. Additional information is available at www.annualcreditreport.com/protectYourIdentity.action.

**Credit and Security Freezes:** By law, you have the right to place a credit freeze, also known as a security freeze, on your credit file, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A credit freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a credit freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a credit freeze may delay your ability to obtain credit. Unlike a fraud alert, you must separately place a credit freeze on your credit file at each credit reporting company. Since the instructions for how to establish a credit freeze differ from state to state, please contact the three major credit reporting companies as specified below to find out more information:

| Equifax Security Freeze | Experian Security Freeze | TransUnion Security Freeze |
|---|---|---|
| 1-888-298-0045 | 1-888-397-3742 | 1-800-916-8800 |
| https://www.equifax.com/personal/credit-report-services/credit-freeze/ https://www.equifax.com/personal/credit-report-services/credit-freeze/ | https://www.experian.com/freeze/center.html | https://www.transunion.com/credit-freeze |
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 160 |
| Atlanta, GA 30348 | Allen, TX 75013 | Woodlyn, PA 19094 |

This notification was not delayed by law enforcement.



**SRP**
FEDERAL CREDIT UNION

25 Route 111, P.O. Box 1048
Smithtown, NY 11787

**EXHIBIT 1**

Theresa McGrier

December 12, 2024

RE: NOTICE OF DATA BREACH

Dear Theresa McGrier:

SRP Federal Credit Union values and respects the privacy of your personal information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are providing you this notice to provide you with information on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently detected suspicious activity in our computer network. Upon discovering the incident, we immediately implemented our incident response protocols, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The forensic investigation determined that an unknown, unauthorized third party accessed our computer systems at times from September 5, 2024, and November 4, 2024, and potentially acquired certain files from our network during that time. This incident did *not* impact our online banking system or core processing system.

**What Information Was Involved?** We reviewed the contents of files potentially acquired by the third party to determine if they contained any personal information. On November 22, 2024, it was determined that the involved files contained personal information that included your name, date of birth, Social Security number, credit card number, and financial account number.

**What We Are Doing.** In addition to the actions described above, we have taken steps to reduce the risk of this type of incident occurring in the future, including enhancing our technical security measures. Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership of Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against identity theft or fraud in the enclosed *Additional Important Information* sheet.



**SRP**
FEDERAL CREDIT UNION

25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Rosemary Ortiz

December 12, 2024

## RE: NOTICE OF DATA BREACH

Dear Rosemary Ortiz:

SRP Federal Credit Union values and respects the privacy of your personal information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are providing you this notice to provide you with information on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently detected suspicious activity in our computer network. Upon discovering the incident, we immediately implemented our incident response protocols, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The forensic investigation determined that an unknown, unauthorized third party accessed our computer systems at times from September 5, 2024, and November 4, 2024, and potentially acquired certain files from our network during that time. This incident did *not* impact our online banking system or core processing system.

**What Information Was Involved?** We reviewed the contents of files potentially acquired by the third party to determine if they contained any personal information. On November 22, 2024, it was determined that the involved files contained personal information that included your name, date of birth, Social Security number, credit card number, and financial account number.

**What We Are Doing.** In addition to the actions described above, we have taken steps to reduce the risk of this type of incident occurring in the future, including enhancing our technical security measures. Although we are not aware of any instances of fraud or identity theft involving your information, we are offering a complimentary one-year membership of Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you to take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against identity theft or fraud in the enclosed *Additional Important Information* sheet.



# SRP
FEDERAL CREDIT UNION

25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Gequoia Whitfield

December 12, 2024

RE: NOTICE OF DATA BREACH

Dear Gequoia Whitfield:

SRP Federal Credit Union values and respects the privacy of your personal information, which is why we are writing to advise you of a recent incident that may have involved some of your personal information. We have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we are providing you this notice to provide you with information on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** We recently detected suspicious activity in our computer network. Upon discovering the incident, we immediately implemented our incident response protocols, notified law enforcement, and worked to secure our systems. We also engaged a forensic security firm to assist with our investigation and confirm the security of our computer systems. The forensic investigation determined that an unknown, unauthorized third party accessed our computer systems at times from September 5, 2024, and November 4, 2024, and potentially acquired certain files from our network during that time. The incident did *not* impact our online banking system or core processing system.

**What Information Was Involved?** We reviewed the contents of files potentially acquired by the third party to determine they contained any personal information. On November 22, 2024, it was determined that the involved files contain personal information that included your name, date of birth, Social Security number, and financial account number.

**What We Are Doing.** In addition to the actions described above, we have taken steps to reduce the risk of this incident occurring in the future, including enhancing our technical security measures. Although we are not aware instances of fraud or identity theft involving your information, we are offering a complimentary one-year member Experian IdentityWorks℠ Credit 3B. This product helps detect possible misuse of your personal information and p you with identity protection services focused on immediate identification and resolution of identity theft. Identity Credit 3B is completely free to you, and enrolling in this program will not hurt your credit score. **For more informat identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complim one-year membership, please see the additional information provided in this letter.**

**What You Can Do.** While we have no evidence that your personal information has been misused, we encourage you advantage of the complimentary credit monitoring included in this letter. You can also find more information on protect yourself against identity theft or fraud in the enclosed *Additional Important Information* sheet.