# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| **LATAVEIA ALLEN,** *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**SRP FEDERAL CREDIT UNION,**<br><br>Defendant. | Case No.: 1:24-cv-07476-CMC (lead case) |
| **NORMAN BLACK,** *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**SRP FEDERAL CREDIT UNION,**<br><br>Defendant. | Case No. 1:24-cv-07519-CMC |
| **GE-QUOIA WHITFIELD,** *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**SRP FEDERAL CREDIT UNION,**<br><br>Defendant. | Case No. 1:24-cv-07537-CMC |

| | |
|---|---|
| **ROSEMARY ORTIZ,** *on behalf of herself and all others similarly situated*,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SRP FEDERAL CREDIT UNION,**<br><br>**Defendant.** | **Case No.: 1:24-cv-07671-CMC** |
| **THERESA MCGRIER,** *on behalf of herself and all others similarly situated*,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SRP FEDERAL CREDIT UNION,**<br><br>**Defendant.** | **Case No.: 1:24-cv-07695-CMC** |
| **SHANNON DUNN,** *on behalf of herself and all others similarly situated*,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SRP FEDERAL CREDIT UNION,**<br><br>**Defendant.** | **Case No.: 1:25-cv-00210-CMC** |

| | |
|---|---|
| RICKY CHASE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SRP FEDERAL CREDIT UNION,<br><br>Defendant. | Case No.: 1:25-cv-00312-CMC |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs, Shannon Dunn, Theresa McGrier, Ricky Chase, Norman Black, Lataveia Allen, Ge-Quoia Whitfield, and Rosemary Ortiz and Defendant SRP Federal Credit Union hereby jointly move the Court to set the following briefing schedule related to Defendant's Motion to Compel Arbitration, or in the Alternative, to Dismiss Plaintiffs' Consolidated Complaint Under Rules 12(b)(1) or 12(b)(6) ("Motion"), ECF No. 54, filed on November 21, 2025: Plaintiffs' opposition to the Motion shall be due on January 9, 2026, and Defendant's reply in support of the Motion shall be due on January 26, 2026. In support of this joint motion, the Parties state as follows:

1. Plaintiffs filed an Amended Consolidated Complaint on November 7, 2025. ECF No. 52.

2. Defendant filed the Motion on November 21, 2025. ECF No. 54.

3. Pursuant to the Local Rules, Plaintiffs' opposition to the Motion is due on December 5, 2025.

4. The Parties have met and conferred and agreed that, given the complexity of the issues raised by the Motion and the intervening holidays, Plaintiffs shall have until January 9, 2026, to file

an opposition to the Motion and Defendant shall have until January 26, 2026, to file a reply in support of the Motion.

WHEREFORE, the Parties jointly request that the Court set the following briefing schedule on the Motion: Plaintiffs' opposition to the Motion shall be due on January 9, 2026, and Defendant's reply in support of the Motion shall be due on January 26, 2026.

Dated: November 7, 2025.　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　*/s/ Paul Doolittle*
　　　　　　　　　　　　　　　　　　　　Paul J. Doolittle, Esq. (S.C. Fed. ID No. 6012)
　　　　　　　　　　　　　　　　　　　　POULIN | WILLEY ANASTOPOULO, LLC
　　　　　　　　　　　　　　　　　　　　32 Ann Street
　　　　　　　　　　　　　　　　　　　　Charleston, SC 29403
　　　　　　　　　　　　　　　　　　　　Tel: 803-222-2222
　　　　　　　　　　　　　　　　　　　　Fax: 843-494-5536
　　　　　　　　　　　　　　　　　　　　Email: paul.doolittle@poulinwilley.com

　　　　　　　　　　　　　　　　　　　　Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　　MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN, PLLC
　　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Phone: 866.252.0878
　　　　　　　　　　　　　　　　　　　　Email: gklinger@milberg.com

　　　　　　　　　　　　　　　　　　　　CHESTNUT CAMBRONNE PA
　　　　　　　　　　　　　　　　　　　　Bryan L. Bleichner*
　　　　　　　　　　　　　　　　　　　　Philip J. Krzeski*
　　　　　　　　　　　　　　　　　　　　100 Washington Avenue South, Suite 1700
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　　Phone: (612) 339-7300
　　　　　　　　　　　　　　　　　　　　Fax: (612) 336-2940
　　　　　　　　　　　　　　　　　　　　Email: bbleichner@chestnutcambronne.com
　　　　　　　　　　　　　　　　　　　　Email: pkrzeski@chestnutcambronne.com

Jonathan T. Deters*
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
jdeters@msdlegal.com

*Attorneys for Plaintiff Allen*

*/s/ Karolan Ohanesian*
Karolan Ohanesian (S.C. Fed ID 6056)
Glenn V. Ohanesian (S.C. Fed ID 5317)
OHANESIAN LAW FIRM
P.O. Box 2433
Myrtle Beach, SC 29578
Phone: 843-626-7193
Fax: 843-492-5164
Email: OhanesianLawFirm@cs.com

Samuel J. Strauss*
Raina Borrelli*
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff Black*

*/s/ Paul Doolittle*
Paul Doolittle (S.C. Fed. ID No. 6012)
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
T: (803) 222-2222
F: (843) 494-5536
pauld@akimlawfirm.com

N. Nickolas Jackson (pro hac vice forthcoming)
THE FINLEY FIRM, P.C.
3355 Lenox Road, N.E., Suite 750
Atlanta, GA 30326
Phone: (706) 928-9920
njackson@thefinleyfirm.com

*Attorneys for Plaintiff Whitfield*


*/s/ Ryan P .Duffy*
Ryan P. Duffy (S.C. Fed. ID No. 13520)
THE LAW OFFICE OF RYAN P. DUFFY
1213 W. Morehead St., Suite 500, Unit #450
Charlotte, NC 28208
Phone: (704) 741-9399
Email: rduffy@ryanpduffy.com

Manuel S. Hiraldo*
HIRALDO P.A.
 401 E Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 400-4713
Email: mhiraldo@hiraldolaw.com

Michael Eisenband
EISENBAND LAW, P.A.
515 E Las Olas Blvd., Suite 120
Ft. Lauderdale, FL 33301
Phone: (954) 732-2792
Email: meisenband@eisenbandlaw.com

*Attorneys for Plaintiff Oscar Ortiz*


*/s/ Karolan Ohanesian*
Karolan Ohanesian (S.C. Fed ID 6056)
Glenn V. Ohanesian (S.C. Fed ID 5317)
OHANESIAN LAW FIRM

P.O. Box 2433
Myrtle Beach, SC 29578
Phone: 843-626-7193
Fax: 843-492-5164
Email: OhanesianLawFirm@cs.com

Mark Svensson*
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: msvensson@zlk.com

*Attorneys for Plaintiff Theresa McGrier*

*/s/ David A. Maxfield*
David A. Maxfield (S.C. Fed. ID No. 6293)
SOCO80808 Building 808 D Lady Street
Columbia, SC 29201
Tel: (803) 509-6800
Fax: (855) 299-1656
Email: dave@consumerlawsc.com

BRONSTEIN, GEWIRTZ& GROSSMAN,LLC
Michael J. Boyle, Jr. (pro hac vice to be filed)
4200 Regent Street, Suite 200
Columbus, OH 43219
Tel: (614) 578-5582
Email: mboyle@bgandg.com

Peretz Bronstein (pro hac vice to be filed)
60 East 42nd Street, Suite 4600
NewYork, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com

*Attorneys for Plaintiff Dunn*

*/s/ Paul Doolittle*
Paul J. Doolittle, Esq. (S.C. Fed. ID No. 6012)
POULIN | WILLEY ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Tel: 803-222-2222

Fax: 843-494-5536
Email:
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

Marc H. Edelson*
EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, PA 18940
Phone: (215) 867-2399
Email: medelson@edelson-law.com

*Attorneys for Plaintiff Chase*


 *s/ Beth Burke Richardson*
Beth Burke Richardson, Fed. I.D. No. 9335
Cordes B. Kennedy, Fed I.D. No. 12987
ROBINSON GRAY STEPP & LAFFITTE, LLC
brichardson@robinsongray.com
ckennedy@robinsongray.com
2151 Pickens Street, Suite 500 (29201)
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400 Telephone
(803) 929-0300 Fax

Starr Drum (admitted *pro hac vice*)
POLSINELLI PC
sdrum@polsinelli.com
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Telephone: 205.963.7155

Shundra C. Manning (admitted *pro hac vice*)
POLSINELLI PC
scmanning@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone: 615.259.1567

*Attorneys for SRP Federal Credit Union*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on November 25, 2025. Notice of this filing will be sent to all counsel of record in the consolidated cases by electronic mail. Parties may access this filing through the Court's electronic filing system.

*/s/Paul Doolittle*
Paul Doolittle, Esq